IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ROBERT MILES, Inmate #K-67019,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   CIVIL NO. 04-623-WDS |
| | ) |
| **GEORGE PULLIAN, MIKE SANDERS,** | ) |
| **EDDIE, JACKIE MILLER, and ROGER** | ) |
| **E. WALKER, JR.,** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A.  The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed as legally frivolous.  Dismissal is with prejudice.  Judgment is entered in favor of Defendants and against Plaintiff.  Plaintiff shall take nothing from this action.

July 13, 2005                                   By:   *s/ **WILLIAM D. STIEHL***
*Date*                                                       *District Judge*